The Honᵇˡᵉ Samˡ Pemberton Esqʳ D. Judge
Present: Joseph Fox D. Regʳ William King D. Marshˡ
    The Court being Opened the Libel read, Mʳ Ward Attʳʸ for the Respondᵗ entered his Plea to Quash the Libel, Which Plea was Overruled by the Judge Capᵗ Joseph Ladd Attʳʸ to William Barnett of the Island of Jamaica Merchᵗ appeared in Court According to the Citation and neither he nor the Respondant would make any defence in this Case — Whereupon his Honʳ the Judge Decreed the Appellᵗ his Wages Sued for Saving Deducting out of the same what he had already receᵈ and Hospital Money, Also further decreed the Respondᵗ to pay the Cost of this Court


## JOSEPH ALLEN VS. SCHOONER *St. Joseph de las Animas*, 1742

COLONY OF RHODE ISLAND ETC CURIA ADMIRALITATIS   At a Court of Vice Admiralty held at Newport Monday the 5ᵗʰ day of July A: D 1742.

Samuel Pemberton Esqʳ D. Judge

The Court being Opened

Jonathan Thurston of Newpᵗ in the County of Newport Marriner, late a hand belonging to A Private Man of War called the Revenge belonging to this Port and Commᵈᵈ by Capᵗ James Allen On oath gave the following Answers to the follᵍ Questions Vizᵗ

*Qⁿ*   When and where did you take the Schooner called the Sᵗ Joseph wᶜʰ you brought into this Port

*Ansʳ*   In the Latitude 19ᵈˢ 20Mˢ North about Six Leagues off Cape May on the Island of Cuba, on the 10ᵗʰ day of June last

*Qⁿ*   Are the Papers now produced in Court All that were found on Board of the sᵈ Schooner called the Sᵗ Joseph Without any fraud Addition Subduction or Embezelment

*Ansʳ*   Yes

*Qⁿ*   Are the Goods contained in the Inventory now in Court all the Goods that were taken in sᵈ Schooner to the best of your knowledge

*Anʳ*   Yes                                         Jonathan Thurston


Peter Cross one other of the hands belonging to the Private Man of Warr called the Revenge belonging to this Port and commanded by Capᵗ James Allen, On Oath Declares That the aforegoing Answers given by the aforenamed Jonathan Thurston are true to his the Deponants certain knowledge, he being on Board of the Revenge at the time of Capture and one of the hands that brought the sᵈ Schooner into this Port

                                         Peter Cross


Mʳ William Axson was sworn Interpreter in this Case

      Fransisco Jerdomo On Oath Declares

*Qⁿ*   Of what Nation are you

*Ansʳ*   a Spaniard born in Cubá

*Qⁿ*   Were you the Capᵗ or Commander of the Schooner now brought into this Port by Jonathan Thurston

*Ansʳ*   I was the Capᵗ

*Qⁿ*   What is her name

*Anʳ*   Sᵗ Joseph De las Animos

*Qⁿ*   Was she a Privateer, when and where fitted out

*Anʳ*   She is a Privateer fitted out from Barrico on the latter end of May last

*Qⁿ*   To whom did she belong

*Ansʳ*   To Don Josep Conderon of the Havannah on Cuba

$Q^n$ Had you a Commission to Cruise against the English and from whom

$Ans^r$ I had and from the Governour of the Havannah

$Q^n$ Is this Commission now in Court that the same by Virtue whereof you fitted and Sailed against the English.

$Ans^r$ Yes

$Q^n$ When and where and by whom were you taken

$Ans^r$ I were taken About 22 Days ago, in sight of Cape Tiberoon by the English Privateer who sent me with my Schooner into this Port

$Q^n$ How many Men had you on Board when you were taken

$Ans^r$ Thirty five Men, including four English Prisoners

Fran Jerdomo

James Scott, being interrogated on Oath Answers as follows Viz$^t$

$Q^n$ Were you on Board of the Spanish Privateer Called the S$^t$ Joseph when taken by Cap$^t$ Allen

$Ans^r$ Yes

$Q^n$ How came you on Board there

$Ans^r$ I was a prisioner taken by Fransisco Perdomo Cap$^t$ of the Privateer Schooner called the S$^t$ Joseph out of the Brigantine Union Richard Rogers Commander off of Crooked Island about two Months ago and carryed to Barrico and detained on Board the s$^d$ Schooner till upon the last Cruise the s$^d$ Fransisco Perdomo was taken by Cap$^t$ Allen

$Q^n$ How many Hands were there on Board at the Time of the s$^d$ Spanish Privateer being taken

$Ans^r$ Betwixt thirty and forty I cannot tell the exact Number

Jame Scott

COLONY OF RHODE ISLAND ETC. CURIA ADMIRALITATIS At a Court of Vice Admiralty held at Newport in the Colony afores$^d$ on Tuesday the 6th July A: D 1742.

JAMES ALLEN VS. SCHOONER S$^t$ *Joseph De Las Animas*

The hon$^{ble}$ Samuel Pemberton Esq$^r$ D Judge

Present: Joseph Fox Dep. Reg$^r$ William King Dep. Reg$^r$ [Marshall?]

The Court being Opened and the Libel read and Allowed, James Axson was Sworn Interpreter in this Case, And Francisco Perdonio late Cap$^t$ of the s$^d$ Schooner being duly Notified and here in Court was asked whether he had any Thing to offer Why Sentence of Condemnation should not be passed against the s$^d$ Schooner her Guns Amunition Rigging Tackle Apparel Furniture etc., — To which he Answered he had taken several Prizes and had had them condemned and his Vessel etc. according to the Laws of Nations and